United States District Court
Southern District of Texas
**ENTERED**
March 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE CONEJO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-28 |
| | § | |
| DISH NETWORK L.L.C., *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the Court is Jose Conejo's ("Plaintiff") "Agreed Amended Motion to Remand."[1] The Court also considers the previously filed "Opposed Motion to Remand,"[2] as well as "Notice of No Opposition to Remand"[3] filed by Dish Network L.L.C. and Gelco Fleet Trust (collectively "Defendants").

In the motion, the Plaintiff notifies the Court that it was recently disclosed that Adan Pina, III a currently unserved defendant is a Texas citizen.[4] Further, Plaintiff indicates that Defense counsel has agree to accept service on behalf of Adan Pina, III. Because removal was based on 28 U.S.C. § 1332(a), which confers jurisdiction on this Court when the parties are completely diverse and the amount in controversy exceeds $75,000, and the motion informs the Court that the parties are not fully diverse, the Court finds that it lacks jurisdiction over the case.

---

[1] Dkt. No. 15.
[2] Dkt. No. 10.
[3] Dkt. No. 13.
[4] The Court notes that in his motion Plaintiff refers to the party to this suit, Adan Pina, III, as "Adam" Pina, III. The Court assumes this is a scrivener's error.

Accordingly, the Court **GRANTS** the motion and **REMANDS** this case to Hidalgo County Court at Law No. 8.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of March, 2019.

Micaela Alvarez
United States District Judge